IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAURICIO PALACIOS, | : | |
| Plaintiff, | : | |
| vs. | : | |
| COEXPORT, INC., and PAULO ARMAS, | : | Civil Action Number: 1:11-CV-00424-JOF |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(2) and dismisses this action with prejudice.

This the 13th day of June, 2011.

Respectfully submitted,

DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No: 262375
3100 Centennial Tower
101 Marietta Street, N. W.
Atlanta, GA 30303
(404) 979-3150
Fax (404) 979-3170
kevin.fitzpatrick@dcbflegal.com

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MAURICIO PALACIOS, | : |
| Plaintiff, | : |
| vs. | : |
| | : Civil Action Number: |
| COEXPORT, INC., and PAULO ARMAS, | : 1:11-CV-00424-JOF |
| Defendants. | : |

## CERTIFICATE OF COUNSEL

Pursuant to N.D. Ga. R. 7.1, the below signatory attorney certifies that this pleading was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in local N.D. Ga. R. 5.1 C,.

> *s/Kevin D. Fitzpatrick, Jr.*
> Kevin D. Fitzpatrick, Jr.
> Ga. Bar No. 262375
> Counsel for Plaintiff